IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-20203
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN HERRERA-CASTILLO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-717-ALL
_____
September 18, 2001
Before POLITZ, WIENER, and PARKER, Circuit Judges.

PER CURIAM:[*]

The Assistant Federal Public Defender appointed to represent Juan Herrera-Castillo has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Herrera-Castillo has received copies of counsel's motion and brief but has not filed a response. Our independent review of counsel's brief and the record discloses no nonfrivolous issue. Accordingly,

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.